GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for ELISEO GOMEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ELISEO GOMEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | CR. NO. 2:07-CR-268-FCD <br><br> STIPULATION AND ORDER <br> TO CONTINUE STATUS <br> CONFERENCE |

Defendant Eliseo Gómez, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Heiko P. Coppola, agree that the Status Conference set for March 2, 2009, at 10:00 a.m., be continued to April 6, 2009, at 10:00 a.m., before the Honorable Frank C. Damrell, Jr.

In addition, it is agreed that the Court should find excludable time through April 6, 2009, pursuant to Local Rule T-4, to allow defense counsel reasonable time to prepare.

Respectfully submitted,

DATED: February 25, 2009    /s/ Gilbert A. Roque
                           GILBERT A. ROQUE, Attorney for
                           ELISEO GOMEZ, Defendant

DATED: February 25, 2009    /s/ Heiko P. Coppola
                           HEIKO P. COPPOLA
                           Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: February 25, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE