GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for ELISEO GOMEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. 2:07-CR-268-FCD |
|---|---|
| Plaintiff, | ) |
| | ) AMENDED |
| vs. | ) STIPULATION AND |
| | ) ORDER TO CONTINUE |
| ELISEO GOMEZ, | ) STATUS CONFERENCE |
| Defendant. | ) |

Defendant Eliseo Gómez, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Heiko P. Coppola, agree that the Status Conference set for April 13, 2009, at 10:00 a.m., be continued to May 4, 2009, at 10:00 a.m., before the Honorable Frank C. Damrell, Jr.

In addition, it is agreed that the Court should find excludable time through May 4, 2009, pursuant to Local Rule T-4, to allow defense counsel reasonable time to prepare.

Respectfully submitted,

DATED: April 8, 2009   /s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
ELISEO GOMEZ, Defendant

DATED: April 8, 2009   /s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: April 9, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE