GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for ELISEO GOMEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ELISEO GOMEZ ,<br><br>    Defendant.<br>_____ | CR. NO. 2:07-CR-268-FCD<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS<br>CONFERENCE |

Defendant Eliseo Gómez, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Heiko P. Coppola, agree that the Status Conference set for November 9, 2009, at 10:00 a.m., be continued to January 11, 2010, at 10:00 a.m., before the Honorable Frank C. Damrell, Jr.

In addition, it is agreed that the Court should find excludable time through January 11, 2010, pursuant to Local Rule T-4, to allow defense counsel reasonable time to prepare.

Respectfully submitted,

DATED: November 5, 2009    /s/ Gilbert A. Roque
    GILBERT A. ROQUE, Attorney for
    ELISEO GOMEZ, Defendant

DATED: November 5, 2009    /s/ Heiko P. Coppola
    HEIKO P. COPPOLA
    Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: November 5, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE