1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770



**FILED**

JUN 28 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )   Case No. 2:07-CR-0268 FCD
               Plaintiff,         )
                                  )
     v.                           )
                                  )   **ORDER AS TO DISPOSAL OF**
                                  )   **FIREARMS SEIZED**
ELISEO GOMEZ,                     )
                                  )
               Defendant.         )
_____

**O R D E R**

Pursuant to the express terms of the plea agreement, the defendant has abandoned all interest in the following firearms seized: (1) M-1 carbine rifle, serial number 5315; (2) .22 Ruger revolver, serial number 63-648-32; (3) 30/30 Model 340 Savage Arms rife with no visible serial number; (4) Freedom Arms .22 revolver, serial number obliterated; (5) Yugoslavian Model 24-47, 88mm rifle, serial number M24004428; (6) Remington Model 35 rifle, serial number F28783; (7) Makarov Model 70-17A .380 pistol, serial number BTM0094; (8) Mossberg Model #37A shotgun, serial number C687066; (9) Savage Model 311 Series H shotgun, serial number C501990; (10) Browing .300 rifle, serial number

08097MT351; (11) Mossberg shotgun, model 500A, serial number L490939; (12) 12 gauge shotgun, serial number H059183; (13) Jennings .22 pistol, serial number 299652; (14) two .223 rifle magazines; (15) a Marlin .22 caliber rifle, serial number 94409426; (16) a Ruger .243 rifle, serial number 770-34184; (17) SKS rifle, serial number TP4679; and (18) .22 Supershot revolver L25823.

It is hereby ORDERED, THAT, the Bureau of Alcohol, Tobacco, Firearms and Explosives may dispose of these firearms in accordance with their standard policies and procedures.

DATED: May 24, 2010

FRANK C. DAMRELL, JR.
Senior U.S. District Judge