HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ELISEO GOMEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELISEO GOMEZ,<br><br>    Defendant. | No.  2:07-cr-00268 TLN<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable TROY L. NUNLEY |

　　　　Defendant, ELISEO GOMEZ, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On June 28, 2010, this Court sentenced Mr. Gomez to a term of 188 months imprisonment;

　　　　3.　　His total offense level was 35, his criminal history category was II, and the resulting guideline range was 188 to 235 months;

4. The sentencing range applicable to Mr. Gomez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Gomez' total offense level has been reduced from 35 to 33, and his amended guideline range is 151 to 188 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Gomez' term of imprisonment to a total term of 151 months. The parties agree that the requested sentence is fair and appropriate pursuant to 18 U.S.C. § 3553(a).

Respectfully submitted,

Dated:  December 7, 2015                               Dated:  December 7, 2015

BENJAMIN B. WAGNER                                HEATHER E. WILLIAMS
United States Attorney                                      Federal Defender


 /s/Jason Hitt                                                      /s/ Hannah Labaree
JASON HITT                                                       HANNAH R. LABAREE
Assistant U.S. Attorney                                       Assistant Federal Defender

Attorney for Plaintiff                                           Attorney for Defendant
UNITED STATES OF AMERICA                       ELISEO GOMEZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Gomez is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 151 to 188 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2010 is reduced to a term of 151 months, a sentence that is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Gomez shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  December 7, 2015

_____
Troy L. Nunley
United States District Judge